Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https.//www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: <<CmsHearingStart>>

FILED
1/13/2025 4:38 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L000493
Calendar, F
30951780

FILED DATE: 1/13/2025 4:38 PM 2025L000493

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

ROSEMARY GARRITY, )
)
Plaintiff, ) No.: 2025L000493
vs. )
)
DOLLAR TREE STORES, INC., )
)
Defendant. )

For updated information about your case, including hearings, subsequent filings and other case information, please visit our Online Case Search and search for your case: https://casesearch.cookcountyclerkofcourt.org

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, ROSEMARY GARRITY, by and through her attorneys, DWORKIN & MACIARIELLO, and in complaining of the Defendant, DOLLAR TREE STORES, INC, a Foreign Corporation, states and alleges as follows:

1. On or around January 16, 2023, the Defendant, DOLLAR TREE STORES, INC., was a Foreign Corporation licensed to do business in Illinois and was in the business of providing consumer goods throughout the State of Illinois, including in Cook County.

2. On or around January 16, 2023, the property located at 3341 W. 115th Street in the City of Merrionette Park, County of Cook, and in the State of Illinois, consisted of a commercial building which was owned, operated, and managed by the Defendant and was open to the public.

3. On or around January 16, 2023, the Plaintiff, ROSEMARY GARRITY, was lawfully on the Defendant's 3341 W. 115th Street store premises as a customer.

4. On January 16, 2023, and at all times material, it was the duty of the Defendant, DOLLAR TREE STORES, INC., to keep the floor near check-out aisles in a reasonable safe condition for the purpose for which it was intended and to warn its invitees of any dangerous conditions.



EXHIBIT A

FILED DATE: 1/13/2025 4:38 PM 2025L000493

5. At the aforesaid time and place, the Plaintiff, ROSEMARY GARRITY, was lawfully on the premises when she slipped on the aforementioned object and fell with great force and violence due to a foreign object being left on the floor near the check-out aisles.

6. At the aforesaid time and place, the Plaintiff was in the exercise of ordinary care for her own safety.

7. At the aforesaid time and place, the Defendant, DOLLAR TREE STORES, INC., by and through its agents and/or employees, had a duty to exercise ordinary care for the safety of those lawfully on its premises, including the Plaintiff.

8. At the aforesaid time and place, the Defendant, DOLLAR TREE STORES, INC.., by and through its agents and/or employees, negligently breached the aforementioned duty in one or more of the following ways:

a. Carelessly and negligently failed to inspect its store premises, including the floors for potentially hazardous and/or slippery substances;

b. Allowed a foreign object or substance to remain upon the surface of the floor in or near the checkout aisles, thereby causing a slippery and hazardous condition for customers using the premises;

c. Failed to use ordinary care to keep and maintain the premises in a proper and safe condition;

d. Carelessly and negligently failed to warn or indicate with signs of the hazardous and/or slippery substance on the premises' floors;

e. Carelessly and negligently failed to timely remove the hazardous object and/or substance from the premises' floors;

f. Failed to maintain a high traffic area knowing that its patrons would be distracted by all of the merchandise on the shelves of the store in or near the check-out aisles such that they would not see the dangerous condition of the slippery object and/or substance on the floor;

g. Carelessly and negligently failed to inspect near the check-out aisles to ensure there were no hazards for customers attempting to walk near the check-out aisles

FILED DATE: 1/13/2025 4:38 PM 2025L000493

9. As a direct and proximate result of one or more of the foregoing wrongful acts or omissions of the Defendant, the Plaintiff was caused to slip and fall on the premises, and sustained injuries, both internally and externally, of a permanent and lasting nature; was caused to and will in the future be caused to endure pain and suffering in his body and mind; was caused to and will in the future be caused to expend money for medical care, and; the Plaintiff was unable to and will in the future be unable to attend to his normal affairs and duties for an extended period of time.

WHEREFORE the Plaintiff, ROSEMARY GARRITY, by and through her attorneys, DWORKIN & MACIARIELLO, prays for judgment against the Defendant, DOLLAR TREE STORES, INC.., a Foreign Corporation, for an amount in excess of $50,000.00, plus her costs of suit, and any other relief this Court deems just.

Respectfully Submitted,

/s/ David Rabinowitz

______________________________
Attorney for the Plaintiff

David Rabinowitz
DWORKIN & MACIARIELLO
134 N. LaSalle St., Suite 650
Chicago, IL 60602
T: (312) 857-7777 | F: (312) 264-0794
E: DRabinowitz@hammerjustice.com
Atty No.: 32387